IN THE MATTER OF THE TRUST UNDER THE LAST WILL
AND TESTAMENT OF CHARLES F. POST FOR THE
BENEFIT OF WILLIAM C. POST.

January 2, 1985.

This matter having been duly considered and the Court
having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed. (See 97 *N.J.* 610)

ANGELICA BUDANKOV v. CARL S. AMATO.

January 2, 1985.

This matter having been duly considered and the Court
having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed. (See 97 *N.J.* 657)

FIRST JERSEY SECURITIES, INC. v. SECURITIES AND
EXCHANGE COMMISSION, AN AGENCY
OF THE UNITED STATES.

January 10, 1985.

The parties having stipulated to a dismissal of this matter, it
is ORDERED that the appeal is dismissed. (See 194 *N.J.Super.* 284)